

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00187-CV

| | | |
|---|---|---|
| The Strickland Group, Inc. | § | From the 348th District Court |
| v. | § | of Tarrant County (348-236818-09) |
| | § | September 5, 2013 |
| Pathfinder Exploration, LLC and | | |
| Jerry Wilson | § | Justice William Brigham |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant The Strickland Group, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice William Brigham